**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| TIFFANY DEQUAINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUKE CORPORATION,<br><br>Defendant. | Case No. 2:26-cv-01817-KKE<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 7, 2026** |

Pursuant to the Parties' Stipulation and for good cause shown, IT IS HEREBY ORDERED that all current case deadlines, including the deadlines for initial disclosures and submission of Joint Status Report and Discovery Plan are CONTINUED until thirty (30) days after the filing of the consolidated class action complaint.

IT IS SO ORDERED.

Dated: July 10, 2026.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

| | |
|---|---|
| ORDER GRANTING STIPULATION TO CONTINUE CASE DEADLINES- 1<br>Case No. 2:26-cv-01817-BAT | BAKER & HOSTETLER LLP<br>999 Third Avenue, Suite 3900<br>Seattle, WA  98104-4076<br>Telephone:  (206) 332-1380 |

Presented by:

BAKER & HOSTETLER LLP

*s/ Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey, WSBA #59746
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Tel: (206) 566-7167
Email: cbrandfieldharvey@bakerlaw.com

*Attorney for Defendant Fluke Corporation*

*s/ William B. Federman*
William B. Federman (*admitted pro hac vice)*
Jessica A. Wilkes (*pro hac vice forthcomin*g)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
T: (405) 235-1560
E: wbf@federmanlaw.com
E: jaw@federmanlaw.com

Samuel J. Strauss
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

*Attorneys for Plaintiff Tiffany Dequaine and Proposed Class*

ORDER GRANTING STIPULATION TO
CONTINUE CASE DEADLINES- 2
Case No. 2:26-cv-01817-BAT

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380