UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY DEQUAINE,<br><br>Plaintiff(s),<br>v.<br><br>FLUKE CORPORATION,<br><br>Defendant(s). | CASE NO. C26-1817-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO CONSOLIDATED CLASS ACTION COMPLAINT |

The Court, having considered the Parties' Stipulated Motion to Extend Time to Respond to Consolidated Class Action Complaint and finding good cause, hereby GRANTS the motion. Dkt. No. 17. Defendants' deadline to answer, move, or otherwise respond to the Consolidated Class Action Complaint is extended from September 30, 2026, to October 30, 2026.

Dated this 30th day of September, 2026.

Kymberly K. Evanson
United States District Judge