UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY DEQUAINE,<br><br>Plaintiff(s),<br>v.<br><br>FLUKE CORPORATION,<br><br>Defendant(s). | CASE NO. C26-1817-KKE<br><br>ORDER STAYING CASE DEADLINES |

The parties have notified the Court that they have "reached a settlement in principle." Dkt. No. 19 at 1. The parties request that while they finalize settlement, the Court set aside the case deadlines. *Id.* In accordance with the parties' notice, the Court STAYS the deadline to respond to the consolidated class action complaint. Dkt. Nos. 14, 18. The parties shall file their dismissal papers or a status report no later than December 14, 2026.

Dated this 30th day of October, 2026.

Kymberly K. Evanson
United States District Judge